Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

FILED

# UNITED STATES DISTRICT COURT

for the 2018 NOV 26 PM 3:50

__Middle__ District of __Florida__

__Orlando__ Division

|  |  |
|---|---|
| __Stephen leonard guardino jr__<br>_Plaintiff(s)_<br>_(Write the full name of each plaintiff who is filing this complaint._<br>_If the names of all the plaintiffs cannot fit in the space above,_<br>_please write "see attached" in the space and attach an additional_<br>_page with the full list of names.)_<br>-v-<br><br>__Halifax Health__<br>_Defendant(s)_<br>_(Write the full name of each defendant who is being sued. If the_<br>_names of all the defendants cannot fit in the space above, please_<br>_write "see attached" in the space and attach an additional page_<br>_with the full list of names.)_ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 6:18-cv-2035-Orl-41KRS<br>_(to be filled in by the Clerk's Office)_<br><br>Jury Trial: _(check one)_ ☒ Yes ☐ No |

## COMPLAINT FOR A CIVIL CASE

I.   **The Parties to This Complaint**

A.   **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name __stephen leonard guardino jr__

Street Address __c/o 97 wynnfield Drive__

City and County __Palm Coast, Flagler__

State and Zip Code __Florida [32164]__

Telephone Number __386-503-3678__

E-mail Address __Not your choswane @mail.com__

B.   **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title _(if known)_. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**Defendant No. 1**

Name     Halifax Health - Medical Center of Daytona Beach

Job or Title *(if known)*

Street Address     303 North Clyde Morris Boulevard

City and County     Daytona Beach, Volusia

State and Zip Code     Florida [32114]

Telephone Number     386-425-4000

E-mail Address *(if known)*     customerservice @ halifax.org

**Defendant No. 2**

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

**Defendant No. 3**

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

**Defendant No. 4**

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

4th Amendment - Secure    1st Amendment - Religion
42 USC 1983 - 5th Amendment - Due Process , 8th Amendment Cruel unusual punishment

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

   a.    If the plaintiff is an individual

   The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____ .

   b.    If the plaintiff is a corporation

   The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)*

   _____ .

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

   a.    If the defendant is an individual

   The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

Page 3 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.    If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

$ 500,000,000.00 united states Dollars

### III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Halifax Hospital Has Refused to Ever give Fully Informed Consent with psychiatry. Refused to give me Records when Filed for. Halifax Psychiatrists sent me 3 seperate experiences to North East Florida State Hospital 2010, 2012, 2014 6months + Each stay 14 years of tortuous Neurotoxins caused me to be fat. Risk Death 25 years younger life expectancy Drop Due to manifestion of Picsased like Diabetes

Evidence - Book - Toxic Psychiatry By Doctor Peter Breggin Google Earth Halifax Hospital which sent me to Riverpoint Behavioral (Rectal) prolapse Due to Halperidol) = Space Cadet Stumb - Halifax A Space Cadet Laying Legs Arms Spread - Appears NY.NV Twin Towers sept 11, 2001 6britred Being Hit By A cube like in Donald

### IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Puck wifson 1997 same

Twin towers hit By cube

New Real Estate propart

Compensatory And punitive Damages and Any other Relief court Deems

Have Refused Records - Sept 11th 2001 Blamed on Osama Bin Laden And Hijackers. Did Al Quada Build Halifax Hospital? See Attached Evidence of Donald Duck And Halifax Church on Ruth Burwell Florida where I went in Past Before new truth consoudty = Space cadet Riverpoint Behavioral Jacksonville Florida and jackson street Keyport NJ Buildings = similar space cadet Halifax Hospital man laying Space cadet = Twin towers Head = Trauma to Head?

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney    *Sui Juris*

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    November 23 rd 2018 yr
All rights Reserved

Signature of Plaintiff    Stephen Leonard yundu jr

Printed Name of Plaintiff    Stephen leonard yuardiun jr

### B.    For Attorneys    *Sui Juris*

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Street Address    _____

State and Zip Code    _____

Telephone Number    _____

E-mail Address    _____