UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**STEPHEN LEONARD GUARDINO, JR.,**

    **Plaintiff,**

**v.**        Case No: 6:18-cv-2035-Orl-41KRS

**HALIFAX HEALTH,**

    **Defendant.**

## ORDER

THIS CAUSE is before the Court on Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs ("Application," Doc. 2). United States Magistrate Judge Karla R. Spaulding submitted a Report and Recommendation ("R&R," Doc. 10), in which she recommends that the Application be denied, and the Amended Complaint (Doc. 8) be dismissed. She further recommends that Plaintiff be granted leave to file an amended complaint. (Doc. 10 at 9 (listing what should be included in the amended complaint)).

After a *de novo* review of the record, and noting that no objections were timely filed, the Court agrees with the analysis set forth in the Report and Recommendation. Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 10) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. 2) is **DENIED**.

3. Plaintiff's Amended Complaint (Doc. 8) is **DISMISSED without prejudice**.

4. **On or before February 27, 2019**, Plaintiff may file an amended complaint that complies with the guidance in the R&R. Failure to do so may result in the dismissal of this case without further notice. Plaintiff may also file a renewed application to proceed in district court without prepaying fees or costs.

**DONE** and **ORDERED** in Orlando, Florida on February 6, 2019.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Unrepresented Party